1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| THOMAS JOHN HEILMAN, | No. 2:13-cv-1443 AC P |
|---|---|
| Petitioner, | |
| v. | ORDER |
| D. PARAMO, Warden, | |
| Respondent. | |

Examination of this action and the court's records reveals that the petitioner has previously filed a petition for relief in the same matter.  (No. 2:12-cv-2518 JAM EFB P.) Pursuant to Local Rule 190(d), the above-captioned action will be reassigned to the Judge and Magistrate Judge who considered the prior petition.

The parties should be aware that reassigning this action under Local Rule 190(d) merely has the result that the action is assigned to the Judge and Magistrate Judge who considered the prior petition; no consolidation of the actions is effected.

Accordingly, IT IS HEREBY ORDERED that:

1. This action is reassigned to Judge John A. Mendez and Magistrate Judge Edmund F. Brennan for all further proceedings; henceforth, the caption on documents filed in this action shall be shown as No. 2: 13-cv-1443 JAM EFB P and

2. The Clerk of the Court shall make appropriate adjustment in the assignment of civil

1  cases to compensate for this reassignment.

2  DATED: July 23, 2013

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

AC:009
heil1443.190